# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **CARL D. GORDON,** | ) | Civil Action No. 7:12cv00494 |
|    **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **RENA MULLINS,** *et al.*, | ) | **By: Norman K. Moon** |
|    **Defendants.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 41) is **GRANTED** and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This  20th  day of March, 2014.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE